IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case Number: 16-cv-60993-WPD

HOWARD BOWE Sr., et al.,

    Plaintiffs,

v.

CITY OF HALLANDALE BEACH, et al.,

    Defendants.

_____/

## JOINT NOTICE OF CONDITIONAL SETTLEMENT

The Parties, by and through undersigned counsel, and pursuant to Local Rule 16.4, hereby file this Joint Notice of Conditional Settlement.

On June 4, 2018, the Parties reached an agreement to settle the case with no admissions of liability. The Parties are now cooperating in drafting an appropriate release and settlement agreement, which must be formally approved by the City Commission during a public meeting. The City currently anticipates that the matter will be heard June 20, 2018. Once the agreement is approved, the Parties will submit an appropriate stipulation or proposed Order of Dismissal pursuant to Rule 41(a)(1) and this Court's Trial Order, ECF No. 136.

*[Certificate of Service follows on the next page]*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via electronic mail to all counsel on the attached Service List this 5th day of June, 2018.

Respectfully submitted,

| | |
|---|---|
| KAPLAN SCONZO & PARKER, P.A.<br>*Co-Counsel for Plaintiffs*<br>PGA Financial Plaza<br>3399 PGA Boulevard, Suite 150<br>Palm Beach Gardens, FL  33410<br>Telephone:  561-296-7900<br>Facsimile:   561-296-7919<br><br>By: */s/Stuart N. Kaplan*<br>     STUART N. KAPLAN<br>     Florida Bar No. 647934<br>     Email: skaplan@kaplanparkerlaw.com<br>            eparker@kaplanparkerlaw.com<br>            jwise@kaplanparkerlaw.com | WEISS SEROTA HELFMAN<br>COLE & BIERMAN, P.L.<br>*Counsel for Defendant City*<br>*of Hallandale Beach*<br>200 East Broward Boulevard, Suite 1900<br>Fort Lauderdale, FL  33301<br>Telephone:  954-763-4242<br>Facsimile:   954-764-7770<br><br>By: */s/ Matthew H. Mandel*<br>     MATTHEW H. MANDEL<br>     Florida Bar No. 147303<br>     Primary email:  mmandel@wsh-law.com<br>     Secondary email:  lbrewley@wsh-law.com<br>     ADAM M. HAPNER<br>     Florida Bar No. 112006<br>     Primary email:  ahapner@wsh-law.com<br>     Secondary email: mboschini@wsh-law.com |
| | MARRERO & WYDLER<br>*Co-Counsel for Defendants Christopher*<br>*Allen, Marc Dubuisson, Paul Heiser*<br>*and Michael McKenzie*<br>Douglas Center<br>2600 Douglas Road, PH-4<br>Coral Gables, FL  33134<br>Telephone:  305-446-5528<br>Facsimile:   305-446-0995<br><br>By:*/s/Oscar E. Marrero*<br>     OSCAR E. MARRERO<br>     Florida Bar No. 372714<br>     Primary email:  oem@marrerolegal.com<br>     LOURDES E. WYDLER<br>     Florida Bar No. 719811<br>     Primary email:  lew@marrerolegal.com<br>     ALEXANDRA C. HAYES<br>     Florida Bar No. 109482<br>     Primary email:  ach@marrerolegal.com |

**SERVICE LIST**
CASE NO.:  0:16-cv-60993-WPD

David A. Frankel, Esq.
LAW OFFICES OF DAVID A.
FRANKEL, P.A.
*Co-Counsel for Plaintiffs*
17 N.E. 4th Street
Fort Lauderdale, FL  33301
Telephone:   954-683-0300
Facsimile:   954-463-7840
Email:   david@bluelotuslaw.com
             paralegal@bluelotuslaw.com
             eservice@bluelotuslaw.com

Matthew H. Mandel, Esq.
Adam M. Hapner, Esq.
WEISS SEROTA HELFMAN
COLE & BIERMAN, P.L.
*Counsel for Defendant City
of Hallandale Beach*
200 East Broward Boulevard, Suite 1900
Fort Lauderdale, FL  33301
Telephone:   954-763-4242
Facsimile:   954-764-7770
Email:   mmandel@wsh-law.com
             ahapner@wsh-law.com

Stuart N. Kaplan, Esq.
Elizabeth Parker, Esq.
KAPLAN SCONZO & PARKER, P.A.
*Co-Counsel for Plaintiffs*
PGA Financial Plaza
3399 PGA Boulevard, Suite 150
Palm Beach Gardens, FL  33410
Telephone:  561-296-7900
Email:   skaplan@kaplanparkerlaw.com
             eparker@kaplanparkerlaw.com
             jwise@kaplanparkerlaw.com

Justin D. Grosz, Esq.
MORELLI ALTERS LLP
*Co-Counsel for Defendants Christopher
Allen, Marc Dubuisson, Paul Heiser and
Michael McKenzie*
DCOTA Design Center of the Americas
1855 Griffin Road, Suite C-470
Dania Beach, FL  33004
Telephone:   954-571-8550
Facsimile:   954-571-8558
Email:   jgrosz@morelliaters.com

Oscar E. Marrero, Esq.
Lourdes E. Wydler, Esq.
Alexandra C. Hayes, Esq.
MARRERO & WYDLER
*Co-Counsel for Defendants Christopher
Allen, Marc Dubuisson, Paul Heiser and
Michael McKenzie*
Douglas Center
2600 Douglas Road, PH-4
Coral Gables, FL  33134
Telephone:   305-446-5528
Facsimile:   305-446-0995
Email:   oem@marrerolegal.com
             lew@marrerolegal.com
             ach@marrerolegal.com

3