UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:16-cv-60993-DIMITROULEAS

HOWARD BOWE Sr., et al.,

    Plaintiffs,

vs.

THE CITY OF HALLANDALE BEACH, et al.,

    Defendants.
_____/

## ORDER OF DISMISSAL

THIS CAUSE is before the Court on the Joint Stipulation of Dismissal with Prejudice [DE 153] (the "Stipulation"), filed herein on July 16, 2018. The Court has carefully considered the Stipulation, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1. The Stipulation [DE 153] is hereby **GRANTED**;

2. This action is **DISMISSED with prejudice**, with each party to bear its own costs and fees except as otherwise agreed;

3. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this 17th day of July, 2018.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

cc: All counsel of record.